# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  06-mj-07036-PAC |
| CRYSTAL STERN | KENT GRAY |

**THE DEFENDANT:**
Pleaded guilty to Driving a Vehicle While Ability Impaired by Drugs or Alcohol or Both.  Count One of the Information filed June 7, 2006, Driving a Vehicle while under the Influence of Drugs or Alcohol or Both, was dismissed

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(b) | Driving a Vehicle While Ability Impaired by Drugs or Alcohol or Both | 4/12/2006 | Count One of the Charge as amended by verbal motion in open court |

    The defendant is sentenced as provided in this judgment at page 2 in accordance with the findings and conclusions made in open court.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 16, 2006
Date of Imposition of Judgment

s/Patricia A. Coan
Signature of Judicial Officer

Patricia A. Coan
U.S. Magistrate Judge
Name & Title of Judicial Officer

21 August, nunc pro tunc, August 16, 2006
Date

06-mj-07036-PAC
Crystal Stern
August 16, 2006
Sentence
Page 2

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $300.00 | |
| **TOTALS** | $10.00 | $300.00 | $0.00 |

Fines and costs shall be paid within ninety (90) days of this judgment.

Interest on the fine will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of two (2) days. Said term of imprisonment is **suspended** on the condition that defendant successfully complete the Level II Drug/Alcohol Education/Therapy Class and bear the expense of same.

Defendant shall further complete 24 hours of useful public service through Front Range Community Inc. and shall provide proof of completion to the government counsel.